**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 15 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MERSEN GEORGIEVICH MARYANYAN; et al., <br><br> Petitioners, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 10-73282 <br><br> Agency Nos.     A095-403-213 <br> A095-403-214 <br> A095-403-215 <br> A095-403-216 <br><br> MEMORANDUM[*] |
| MERSEN GEORGIEVICH MARYANYAN; et al., <br><br> Petitioners, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 11-71671 <br><br> Agency Nos.     A095-403-213 <br> A095-403-214 <br> A095-403-215 <br> A095-403-216 |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted August 12, 2015

---

[*]  This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

San Francisco, California

Before: REINHARDT, NOONAN, and CALLAHAN, Circuit Judges.

Mersen Georgievich Maryanyan, his wife Marina Nikolayevna Maryanyan, and their children Aleksandra Mersenovna Maryanyan and Narina Mersenovna Maryanyan ("Petitioners"), Soviet Union natives and Russian citizens, appeal the Board of Immigration Appeals' ("BIA") denial of their motions to reopen and reconsider. We have jurisdiction under 8 U.S.C. § 1252. We deny the petitions.

The BIA did not abuse its discretion in denying the motion to reopen as it was untimely, *see* 8 C.F.R. § 1003.2(c)(2), and Petitioners failed to establish changed country conditions. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir. 2005); *Toufighi v. Mukasey*, 538 F.3d 988, 996 (9th Cir. 2008). Also, Petitioners' due process claim fails as counsel's filing a single petition for the family did not constitute ineffective assistance of counsel. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000).

Further, the BIA did not abuse its discretion in denying the reconsideration motion because the motion failed to identify any error of fact or law in the BIA's prior decision. *See* 8 C.F.R. § 1003.2(b)(1); *Socop-Gonzalez v. INS*, 272 F.3d 1176, 1180 n.2 (9th Cir. 2001) (en banc).

**PETITIONS DENIED.**